



CHAMBERS OF
REBECCA R. PALLMEYER
JUDGE

312-435-5636

September 16, 2008

Judge Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

Dear Judge Smith:

I apologize for the delay in responding to your July 25, 2008 letter.

The name of the fund listed in Part VII, page 5, line 1 of my 2007 financial disclosure report is **American Funds New World Fund A**

The name of the fund listed in Part VII, page 5, line 8 of my 2007 financial disclosure report is **Chase Investment Services Corp. JP Morgan Government Bond Fund Class A.**

Again, please pardon the delay in providing this information.

Yours truly



RRP/skl

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Pallmeyer, Rebecca R | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 2178<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2008 MAY 19 A 10: 48
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | U.S. District Judge Salary | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Northwestern University Salary |
| 2. 1/15/07 | Honorarium: Valparaiso University $300.00 |
| 3. 3/3/07 | Royalty: John Wiley & Sons |
| 4. 3/4/07 | Honorarium: Lake Shore Unitarian Church $275.00 |
| 5. 3/31/07 | Royalty: Guilford Press |
| 6. 4/19/07 | Royalty: John Brockman Associates |
| 7. 4/20/07 | Honorarium: Guilford Press $200.00 |
| 8. 5/07/07 | Honorarium: Smith College $1,250.00 |
| 9. 5/14/07 | Honorarium: Family Institute $300.00 |
| 10. 5/29/07 | Honorarium: Swinburne University $290.30 |
| 11. 6/07/07 | Royalty: Copyright Clearance |
| 12. 6/30/07 | Royalty: ●xford University Press |
| 13. 7/31/07 | Honorarium: Skokie Public Library $150.00 |
| 14. 7/31/07 | Royalty: American Psychological Assoc. |
| 15. 8/13/07 | Honorarium: City Colleges of Chicago $900.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pallmeyer, Rebecca R** | 05/07/2008 |

16. 8/21/07      Royalty: Ameircan Psychological Assoc.

17. 9/03/07      Royalty: John Wiley & Sons

18. 10/05/07      Royalty: Cengage Laerning

19. 10/14/07      Royalty: Cengage Learning

20. 10/31/07      Honorium: Michigan State University $250.00

21. 12/01/07      Honorarium: Queens University $700.00

# IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute-American Bar Association | February 7-8, 2007 | Washington,DC | Panel Member - Seminar | Transportation, Lodging, Meals |
| 2. | Seventh Circuit Bar Association | May 6-8, 2007 | Milwauke, WI | Seventh Circuit Meeting | Lodging, Meals |
| 3. | American Law Institute-American Bar Assocation | July 25-July 28, 2007 | Santa Fe, NM | Panel Member - Seminar | Transportation, Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The American Funds | A | Dividend | J | T | | | | | |
| 2. Checking account: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3. CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 4. Money Market Accounts: Chase, Evanston, IL | B | Interest | K | T | | | | | |
| 5. TIAA - CREF | | None | M | T | | | | | |
| 6. Metropolitan Life | A | Dividend | J | T | | | | | |
| 7. Pioneer Micro Cap Fund | A | Dividend | J | T | | | | | |
| 8. Chase Investment Account | D | Dividend | M | T | | | | | |
| 9. Centennial Money Market Tr. | B | Dividend | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544